STATE OF MONTANA,
Plaintiff,                                                    NO. ADC 94-341
vs.                                                           DECISION
Dean Ward Ekblad,
Defendant.

On August 16, 1995, it was ordered that the defendant be sentenced to the Department of Corrections for a period of five (5) years for the offense of Aggravated Assault, a Felony. Credit for time already served, a total of 234 days is given. The defendant is subject to conditions as stated in the August 16, 1995 judgment.

On March 8, 1996, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed and requested that his petition be dismissed.

It is hereby ordered that the petition is dismissed.

Done in open Court this 8th day of March, 1996.

DATED this 19th day of March, 1996.

**Chairman, Hon. Ted O. Lympus**
**Member, Hon. Jeffrey M. Sherlock**
**Member, Hon. William Nels Swandal**